IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02598-PAB-MJW

HUMAN NETWORK SYSTEMS, INC., a Colorado Corporation and GORDON P. WOLFE,

     Plaintiffs,

v.

AMERICAN HOME ASSURANCE COMPANY, a New York Corporation and AMERICAN PROFESSIONAL AGENCY, INC., a New York Corporation,

     Defendants.

---

## NOTICE OF SETTLEMENT

---

Defendant American Professional Agency, Inc. ("APA"), through its attorneys, Franz Hardy and Greg S. Hearing II of Gordon & Rees LLP, respectfully notifies this Court that Plaintiffs and APA have reached a settlement of the claim asserted against APA. The parties are in the process of drafting settlement paperwork and will seek dismissal with prejudice following the execution of the same.

Dated this 20th day of December, 2016.

*/s/ Greg S. Hearing II*
Franz Hardy, Esq.
Greg S. Hearing II, Esq.
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
Telefax: (303) 534-5161
fhardy@gordonrees.com;
ghearing@gordonrees.com

*Attorneys for Defendant American Professional Agency, Inc.*

## CERTIFICATE OF SERVICE

I herby certify that on this 20th day of December, 2016, a true and correct copy of the foregoing was served electronically via CM/ECF to the following:

Jerome M. Reinan
Jordana Griff Gingrass
Jeremy I. Pollack
LAW OFFICES OF J.M. REINAN, P.C.
1437 High Street
Denver, CO 80218
jreinan@reinanlaw.com
jgingrass@reinanlaw.com
jpollack@reinanlaw.com

/s/ Greg S. Hearing II
Franz Hardy, Esq.
Greg S. Hearing II, Esq.
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
Telefax: (303) 534-5161
fhardy@gordonrees.com;
ghearing@gordonrees.com

**Attorneys for Defendant American Professional Agency, Inc.**

2